IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL PATRICK PICKETT,

    Plaintiff,

v.

WARDEN BRIAN FOSTER and
BUILDING AND MAINTENANCE
SUPERINTENDENT OF THE D.O.C.
(JOHN DOE / JANE DOE),

    Defendants.

ORDER

Case No. 17-cv-674-jdp

Plaintiff Daniel Patrick Pickett has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than September 21, 2017. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Daniel Patrick Pickett may have until September 21, 2017 to submit a trust fund account statement for the period beginning approximately February 28, 2017 and ending approximately August 29, 2017. If, by September 21, 2017,

plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 30th day of August, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge