## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL PATRICK PICKETT,

                                                    JUDGMENT IN A CIVIL CASE

      Plaintiff,

                                                    17-cv-674-jdp

v.

WARDEN BRIAN FOSTER and
BUILDING AND MAINTENANCE
SUPERINTENDENT OF THE D.O.C.,

      Defendants.

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case for lack of subject matter jurisdiction.

/s/                                                    12/1/2017

Peter Oppeneer, Clerk of Court                         Date